Kelly H. Dove, NV Bar 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

Kiah D. Beverly-Graham, NV Bar 11916
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775.785.5440
Facsimile: 775.785.5441
Email: kbeverly@swlaw.com
*Attorneys for Defendant Ford Motor Credit Company
LLC (incorrectly named as Ford Motor Credit -
Omaha)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN P. SWAGERTY,<br><br>               Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; BANK OF AMERICA, NA; FORD MOTOR CREDIT-OMAHA,<br><br>               Defendants. | Case No. 2:19-cv-01527-GMN-VCF<br><br>**STIPULATION OF DISMISSAL OF FORD MOTOR CREDIT-OMAHA WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the remaining parties in this action have stipulated to the dismissal of Defendant Ford Motor Credit Company LLC (incorrectly named as Ford Motor Credit-Omaha) from the above-captioned action, with prejudice. Each party shall bear its own fees and costs.

/ / /

/ / /

/ / /

- 1 -

4810-6195-0894

**IT IS SO STIPULATED.**

Dated December 11, 2019.

| HAINES & KRIEGER, LLC | SNELL & WILMER L.L.P. |
|---|---|
| /s/ David H. Krieger | /s/ Kiah D. Beverly-Graham |
| David H. Krieger, NV Bar No. 9086 | Kelly H. Dove, NV Bar 10569 |
| 8985 S. Eastern Ave., Suite 350 | Kiah D. Beverly-Graham, NV Bar 11916 |
| Henderson, NV 89123 | 50 West Liberty Street, Suite 510 |
| Email: dkrieger@hainesandkrieger.com | Reno, NV 89501-1961 |
| | Email: kdove@swlaw.com |
| *Attorneys for Plaintiff* | Email: kbeverly@swlaw.com |
| | *Attorneys for Defendant Ford Motor Credit Company LLC (incorrectly named as Ford Motor Credit -Omaha)* |

ORDER GRANTING STIPULATION OF DISMISSAL OF FORD MOTOR CREDIT-OMAHA

WITH PREJUDICE

IT IS HEREBY ORDERED that the above Stipulation of Dismissal of Defendant Ford Motor Credit-Omaha with Prejudice, (ECF No. 17), is GRANTED.

IT IS FURTHER ORDERED that in light of the above, Defendant Ford Motor Credit-Omaha's Motion for Judgment on the Pleadings, (ECF No. 16), is DENIED as moot.

DATED this ___13___ day of December, 2019.

_____

Gloria M. Navarro, District Judge
United States District Court

4810-6195-0894

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION OF DISMISSAL OF FORD MOTOR CREDIT-OMAHA WITH PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: December 11, 2019

/s/ Lara J. Taylor_____
An employee of Snell & Wilmer L.L.P.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4810-6195-0894